IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20-cr-00025 |
| v. | ORDER |
| DOMINIQUE DEJONE THURSTON, *Defendant*. | JUDGE NORMAN K. MOON |

The court having been advised that the defendant, Dominique Thurston, contemplates the entry of a guilty plea, and upon written consent of the defendant, it is now

**O R D E R E D**

that this case shall be and hereby is **REFERRED** to United States Magistrate Judge Joel Hoppe pursuant to 28 U.S.C. §636(b)(3), for conduct of a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure. It is further

**O R D E R E D**

as follows:

1. Following conduct of the Rule 11 hearing, the magistrate judge shall submit a report to this court, setting forth appropriate findings of fact, conclusions of law, and recommendations as to the acceptance of such plea as tendered. The findings of the magistrate judge shall include whether the defendant:

    a. Is competent to enter such a plea;

    b. Knowingly and voluntarily wishes to enter such a plea;

    c. Understands the charges; and

        d.      Whether there exists a factual basis for the charges.

2.     If the magistrate judge recommends acceptance of the guilty plea, the magistrate judge shall simultaneously notify the appropriate probation office, and direct initiation of a presentence investigation and preparation of a presentence report.

3.     The magistrate judge shall conduct such proceedings and make such rulings as are necessary for determination of the defendant's custody status following the entry of the plea. However, the provisions of 18 U.S.C. §3143(a), mandating detention of most defendants following a guilty plea, shall not apply until such time as the magistrate judge's recommendation is accepted.

4.     Following the filing of the magistrate judge's report, both sides will have ten days to note objections to the findings, conclusions of law, and recommendations.

5.     Upon receipt of the report, and after receipt and consideration of any objections thereto, the court shall either enter an order adopting the report and accepting such guilty plea as may be recommended, or setting the case for further proceedings under Rule 11.

6.     Should an order be entered accepting the guilty plea, the courtroom deputy clerk shall set the case for a sentencing hearing at a time convenient to the parties and the United States Probation Service.

It is so **ORDERED**

The Clerk is directed to send certified copies of this Order to counsel of record for all parties.

Entered this 25th day of September, 2021.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE