IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20-cr-00025 |
| v. | ORDER |
| DOMINIQUE DEJONE THURSTON, *Defendant*. | JUDGE NORMAN K. MOON |

The Court has been advised that the Albemarle-Charlottesville Regional Jail (ACRJ) is experiencing a COVID-19 outbreak. The Chief of Operations at that facility has requested, and representatives of the United States Marshals Service have advised, that courts limit transportation of ACRJ inmates where possible.

Dominique Dejone Thurston, Defendant in this matter, is currently being held at ACRJ. He is scheduled for an in-person guilty plea hearing on Friday, October 8, 2021. Given the above, the Court **FINDS** the following to be a necessary and proper precaution: Defendant's hearing is **CONTINUED** until Friday, October 22, 2021. The parties are directed to contact the Courtroom Deputy, Heidi Wheeler, to schedule the hearing.

It is so **ORDERED**

The Clerk is directed to send certified copies of this Order to counsel of record for all parties.

Entered this 13th day of October, 2021.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE